State v. Haynes.

THE STATE OF MISSOURI, Respondent, *v.* EPHRAIM HAYNES, Appellant.

*Practice—Criminal.*—Judgment affirmed; defendant failing to appear and prosecute his appeal.

*Appeal from Webster Circuit Court.*

BATES, Judge, delivered the opinion of the court.

The appellant having wholly failed to appear and prosecute his appeal, and no error appearing in the record, the judgment is affirmed. Judge Dryden concurs; Judge Bay absent.

[END OF JULY TERM.]